tember 15, 1903.) Action by William C. Smith against James R. Heslin, as administrator with the will annexed of John L. Millikin, deceased, and others. No opinion. Motion denied.

SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Porter D. Smith, as administrator, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff stipulates to reduce the verdict to $7,000 as of the date of the rendition thereof, in which event the judgment and order, as thus modified, are affirmed, without costs of this appeal to either party.

McLENNAN, J., votes for the absolute reversal of the judgment and order.

SMITH et al., Respondents, v. ORTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Andrew Smith and Stephen H. Burr against William G. Orton. No opinion. Order affirmed on argument; costs to abide the event.

SMITH, Respondent, v. RICHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Mathew W. Smith against Max Richman. No opinion. Order affirmed, with $10 costs and disbursements.

SOUTH BUFFALO RY. CO. v. KIRKOVER et al. (Supreme Court, Appellate Division, Fourth Department. September 30, 1903.) Action by the South Buffalo Railway Company against Henry D. Kirkover and another.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements. While we consider that the questions involved in this case should be reviewed by the Court of Appeals, we deem it unnecessary for this court to allow an appeal or certify any questions to that court, which is expressly conceded in the brief respondent's counsel filed in opposition to this motion.

SPEIGELMAN, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Samuel Speigelman against the Union Railway Company of New York City. No opinion. Judgment of the Municipal Court affirmed, with costs.

SPENCER v. TOWN OF SARDINIA. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Ella D. Spencer against the town of Sardinia. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

In re STEWART. (Supreme Court, Appellate Division, First Department. July 7, 1903.) In the matter of Gertrude M. Stewart. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of the court below. 81 N. Y. Supp. 209.

TANENBAUM v. SIMONS et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Moses Tanenbaum against Aaron Simons and another. No opinion. Motion denied.

In re THOMPSON'S ESTATE. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) In the matter of the final accounting of the administrators of Frank Thompson, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

TORGE, Respondent, v. VILLAGE OF SALAMANCA, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) In the matter of the claim of Caroline Torge against the village of Salamanca. No opinion. Order reversed, and proceeding dismissed, with costs, upon opinion of WILLIAMS, J., in case of Caroline Torge and Louis Torge against the Same Defendant, 83 N. Y. Supp. 672.

In re TOWN OF GUILFORD. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) In the matter of the application of the town of Guilford to acquire title to real property in said town owned by George Bradbury for a public highway. No opinion. Motion granted, that the memorandum of decision and order be amended by providing that the report of the commissioners be confirmed, with costs. See 83 N. Y. Supp. 312.

TOWN OF SKANEATELES, Appellant, v. RODGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by the town of Skaneateles against C. Julia Rodger and others. No opinion. Motion granted, with $10 costs, unless the appellant within 15 days files and serves the printed papers herein and pays $10 costs of this motion, in which event the motion is denied.

TOWNSEND et al. v. ONEONTA, C. & R. S. RY. CO. et al. (two cases). (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Actions by Lucius H. Townsend and Charles D. Townsend against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. No opinion. Order affirmed, with $10 costs and disbursements. Motion to dismiss appeal of Knickerbocker Trust Company granted on consent. Motion to dismiss appeal of the Attorney General denied.

TOWNSEND v. ONEONTA, C. & R. S. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Lucius H. Townsend against the Oneonta, Cooperstown & Richfield Springs Railway

Company and others. No opinion. Order of September 1, 1903, affirmed, with $10 costs and disbursements.

TRIPP, Respondent, v. BOOTH, Appellant. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Madison B. Tripp against David T. Booth. No opinion. Motion granted, unless the appellant has his case printed, served, and filed within 20 days from this date, and pays to the respondent $30 costs within said time, in which case motion denied, without costs.

TRIPP et al. v. HUNT et al. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Daniel B. Tripp and others, as administrators with the will annexed of the estate of John L. Haviland, deceased, against Herman D. Hunt, as administrator of the estate of Mary S. Haviland, and the First National Bank of Cortland. No opinion. Judgment and order unanimously affirmed, with costs.

In re TURNER. (Supreme Court. Appellate Division, Fourth Department. July 7, 1903.) In the matter of the settlement of the accounts of Watson Turner as guardian of Earl M. Pinckney.

PER CURIAM. Motion granted, and decision heretofore made and filed by this court in above-entitled matter (80 N. Y. Supp. 573) amended by stating that the decree appealed from is reversed both upon questions of law and of fact, and also amended so as to state in detail the provisions of the decree to be entered by the Surrogate's Court of Herkimer county in accordance with the views and conclusions set forth in the opinion handed down by this court in the above-entitled matter, except that there be omitted any provision charging the above-named guardian with the sum of $665, received on sale of infant's real estate, with interest thereon; the same having been paid over under decree appealed from. The form of the order to be settled by and before HISCOCK, J., upon two days' notice.

UNDERWOOD, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by Jennie Underwood against the Interurban Street Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial granted, with $10 costs to abide event. Held, that at the time this action was commenced plaintiff resided within the county of New York, within the meaning of section 984 of the Code of Civil Procedure.

UNITED STATES ex rel. McALLISTER et al. v. FIDELITY & DEPOSIT CO. OF MARYLAND et al. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Proceeding by the United States of America, on the relation of James McAllister and others, against the Fidelity & Deposit Company of Maryland, impleaded with Joseph J. Churchyard. No opinion. Motion granted. Order to be resettled before WOODWARD, J.

UTLEY, Appellant, v. WEBB, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Robert L. Utley against John W. Webb.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

VALENTINE v. HAUSCHILD et al. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Charles H. Valentine against Edward Hauschild and another. No opinion. Order affirmed, with $10 costs and disbursements.

VILLAGE OF OXFORD, Respondent, v. WILLOUGHBY et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 9, 1903.) Action brought by the village of Oxford against William D. Willoughby, George B. Fletcher, and Frank T. Corbin. No opinion. Judgment unanimously affirmed, with costs.

In re WALSH. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) In the matter of the application of Robert Jay Walsh for admission to the bar. No opinion. Application granted.

WARTH, Respondent, v. KAHN, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Apollonia Warth against Felix Kahn. No opinion. Order affirmed, with $10 costs and disbursements.

WARTH, Appellant, v. KASTRINER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Apollonia Warth against Jacob Kastriner and Charles Eiseman. No opinion. Order affirmed, with $10 costs and disbursements.

WAZINSKI v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by William Wazinski against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered in favor of the defendant, with costs.

WEISSMAN, Respondent, v. WEISSMAN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Isidore Weissman against Deborah Weissman. A. H. Sarasohn, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

WELLS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Henry E. Wells against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.